Richard A. Marshack (TR), Chapter 7 Trustee
870 Roosevelt
Irvine, CA 92620
pkraus@marshackhays.com

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

In re: §
PROFESSIONAL ELECTRICAL CONTRACTORS § Case No. 8:13-bk-18781-TA
§
Debtor(s) §

---

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Richard A. Marshack (TR), Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $1,600.00 (Without deducting any secured claims) | Assets Exempt: NA |
| Total Distributions to Claimants: $269,190.33 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: $100,057.53 | |

3) Total gross receipts of $369,247.86 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $369,247.86 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3** ) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS CHAPTER 7 ADMIN. FEES AND CHARGES(from **Exhibit 4** ) | NA | $100,057.53 | $100,057.53 | $100,057.53 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5** ) | NA | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6** ) | $89,823.48 | $115,301.21 | $115,301.21 | $115,301.21 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7** ) | $2,111,910.73 | $1,517,003.78 | $1,331,186.76 | $153,889.12 |
| **TOTAL DISBURSEMENTS** | $2,201,734.21 | $1,732,362.52 | $1,546,545.50 | $369,247.86 |

4) This case was originally filed under chapter 7 on 10/24/2013. The case was pending for 39 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8.**The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated :   01/25/2017                By :   /s/ Richard A. Marshack (TR)
                                                  Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE 1 | AMOUNT RECEIVED |
|---|---|---|
| MONEY DUE FROM MISCELLANEOUS CLIENTS FOR COMPLETED | 1121-000 | $344,754.02 |
| CHECKING ACCOUNT NO. XXXXXXXX9174 BANK OF AMERICA | 1129-000 | $24,435.94 |
|  | 1224-000 | $25.00 |
| MISC INCOME | 1229-000 | $32.90 |
| **TOTAL GROSS RECEIPTS** |  | **$369,247.86** |

1The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| NA | NA | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | NA | NA | NA | NA | NA | NA |
|  | **TOTAL SECURED** |  | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MARSHACK HAYS LLP | 3120-000 | NA | $2,296.76 | $2,296.76 | $2,296.76 |
| LEA Accountancy LLP | 3410-000 | NA | $9,311.50 | $9,311.50 | $9,311.50 |
| LEA Accountancy LLP | 3420-000 | NA | $479.52 | $479.52 | $479.52 |
| David L. Hahn | 3992-000 | NA | $110.00 | $110.00 | $110.00 |
| Richard A. Marshack | 2100-000 | NA | $10,000.00 | $10,000.00 | $10,000.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MARSHACK HAYS LLP | 3110-000 | NA | $56,935.00 | $56,935.00 | $56,935.00 |
| Richard A. Marshack | 2200-000 | NA | $123.12 | $123.12 | $123.12 |
| David L. Hahn | 3991-000 | NA | $11,712.39 | $11,712.39 | $11,712.39 |
| FRANCHISE TAX BOARD | 2820-000 | NA | $1,706.19 | $1,706.19 | $1,706.19 |
| Bank of America | 2990-000 | NA | $28.44 | $28.44 | $28.44 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | NA | $398.73 | $398.73 | $398.73 |
| Preferred Bank | 2600-000 | NA | $74.33 | $74.33 | $74.33 |
| UNION BANK | 2600-000 | NA | $6,881.55 | $6,881.55 | $6,881.55 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $100,057.53 | $100,057.53 | $100,057.53 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES** | | NA | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7A | SOUTHERN CALIFORNIA IBEW | 5800-000 | $89,823.48 | $115,301.21 | $115,301.21 | $115,301.21 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $89,823.48 | $115,301.21 | $115,301.21 | $115,301.21 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | DIGITAL TECHNOLOGIES INC. | 7200-000 | $34,052.00 | $34,052.00 | $34,052.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010) (Page: 4)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | AMERICAN ELECTRIC SUPPLY, | 7100-000 | $32,394.34 | $22,662.91 | $22,662.91 | $22,662.91 |
| 7B | SOUTHERN CALIFORNIA IBEW | 7100-000 | $1,427,021.15 | $1,205,427.37 | $1,205,427.37 | $93,999.93 |
| 6 | PDS GROUP INC | 7100-000 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 |
| 5 | UNITEDHEALTH INSURANCE | 7100-000 | NA | $3,447.44 | $3,447.44 | $3,447.44 |
| 4 | JOHNSTON GREMAUX & ROSSI | 7100-000 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 |
| 3 | NATIONAL FAIL SAFE, A | 7100-000 | $188,323.21 | $185,817.02 | $0.00 | $0.00 |
| 2 | GRAYBAR ELECTRIC CO INC | 7100-000 | $818.82 | $889.66 | $889.66 | $889.66 |
| 10 | GIBBS GIDEN LOCHER & SENET | 7200-000 | $9,120.13 | $31,818.20 | $31,818.20 | $0.00 |
| 1 | A&H COMMUNICATIONS, INC. | 7100-000 | $17,155.00 | $21,889.18 | $21,889.18 | $21,889.18 |
|  | AA New Storage |  | $2,603.00 | NA | NA | $0.00 |
|  | Allstate |  | $301.63 | NA | NA | $0.00 |
|  | Appalachian Underwriters Inc. |  | $81,669.00 | NA | NA | $0.00 |
|  | David Lloyd Douglas |  | NA | NA | NA | $0.00 |
|  | First Service Insurance |  | $13,779.00 | NA | NA | $0.00 |
|  | HC Integrated Systems Inc. |  | $18,547.80 | NA | NA | $0.00 |
|  | Laquer Urban Cifford & Hodge |  | NA | NA | NA | $0.00 |
|  | Local Union 440 Dues -Southern |  | $2,608.11 | NA | NA | $0.00 |
|  | Local Union 441 Dues - OC |  | $27,929.87 | NA | NA | $0.00 |
|  | Local Union Dues 11 - Electrical |  | $99,858.53 | NA | NA | $0.00 |
|  | Lumenessence dba Electrical |  | $30,737.53 | NA | NA | $0.00 |
|  | Main Electrical Supply Co. |  | $2,856.46 | NA | NA | $0.00 |
|  | Marc A Russo |  | $756.00 | NA | NA | $0.00 |
|  | Maxwell Systems Inc. |  | $6,519.11 | NA | NA | $0.00 |
|  | Method Technologies Inc |  | $1,300.00 | NA | NA | $0.00 |
|  | National Funds |  | $5,033.67 | NA | NA | $0.00 |
|  | PA Thompson Engineering Co., |  | $31,713.47 | NA | NA | $0.00 |
|  | RG&D |  | $7,300.00 | NA | NA | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Telepacific Communications | | $4,316.30 | NA | NA | $0.00 |
| | Thompson Engineering Co. Inc. | | $31,713.47 | NA | NA | $0.00 |
| | Verizon | | $150.13 | NA | NA | $0.00 |
| | VFS FIRE AND SECURTIY | | $11,933.00 | NA | NA | $0.00 |
| | Wells Fargo VISA | | $10,400.00 | NA | NA | $0.00 |
| | Westrup Klick LLP | | NA | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $2,111,910.73 | $1,517,003.78 | $1,331,186.76 | $153,889.12 |

## FORM 1
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No: | 13-18781 | Judge: | Theordor C. Albert | Trustee Name: | Richard A. Marshack (TR) |
|---|---|---|---|---|---|
| Case Name: | PROFESSIONAL ELECTRICAL | | | Date Filed (f) or Converted (c): | 10/24/2013 (f) |
| | | | | 341(a) Meeting Date: | 12/04/2013 |
| For Period Ending: | 01/25/2017 | | | Claims Bar Date: | 05/09/2014 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. | CHECKING ACCOUNT NO. XXXXXXXX9174 BANK OF AMERICA | 26,789.81 | 26,789.81 | | 24,435.94 | FA |
| 2. | MONEY DUE FROM MISCELLANEOUS CLIENTS FOR COMPLETED | 369,320.90 | 369,320.90 | | 344,754.02 | FA |
| 3. | COMPUTERS AND ACCESSORIES PLUS MISCELLANEOUS OFFIC | 1,600.00 | 1,600.00 | | 0.00 | FA |
| 4. | Void (u) SETTLEMENT AGREEMENT | Unknown | 0.00 | | 0.00 | FA |
| 5. | Void (u) SETTLEMENT WITH AUSTIN COMMERCIAL | Unknown | 0.00 | | 0.00 | FA |
| 6. | MISC INCOME (u) | Unknown | Unknown | | 32.90 | FA |
| INT. | Post-Petition Interest Deposits (u) | Unknown | NA | | 0.00 | Unknown |
| | | | | | | **Gross Value of Remaining Assets** |
| | **TOTALS (Excluding Unknown Values)** | 397,710.71 | 397,710.71 | | 369,222.86 | 0.00 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**3/31/16: All assets have been administered and Trustee is in the process of closing this case.**

**3/31/15: Update from counsel:**

We have two remaining open issues. We are currently finalizing a settlement with the IBEW who is the Estate's largest unsecured creditor (they hold approximately 97% of all outstanding unsecured claims). The settlement provides that the IBEW will withdraw their writ of attachement against Debtor and Swinerton, Inc., allow the IBEW's priority claims, and the IBEW will allow other unsecured claimants to receive a 45% distribution. Once that settlement is approved by the Court, Swinerton will then release $118K owed to the Estate. Upon receipt we will be close to closing the case.

**MARCH 2014**

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: 13-18781 | Judge: Theordor C. Albert | Trustee Name: Richard A. Marshack (TR) |
|---|---|---|
| Case Name: PROFESSIONAL ELECTRICAL | | Date Filed (f) or Converted (c): 10/24/2013 (f) |
| | | 341(a) Meeting Date: 12/04/2013 |
| For Period Ending: 01/25/2017 | | Claims Bar Date: 05/09/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**Debtor has already turned over approximately $25,000.00 in cash. Trustee and his counsel are currently pursuing the $369,000.00 (plus or minus) in outstanding accounts receivables. To date, the Trustee has received payment in full for two outstanding accounts receivable, and is negotiating and discussing resolution of the balances with the remaining entities. Total funds currently in the estate bank account are $31,413.41.**
**To date, no litigation is pending. However, if the Trustee is unable to come to a settlement agreement with various entities that owe accounts receivable, he may be pursuing litigation for the turnover of estate property.**
**Debtor is not operating and has shut down all business activities.**
**Tax returns will be filed when all funds have been received by the estate.**

**Claim info: Claims have been reviewed and two amendments filed**
**Two late filed claims. Trustee is preparing motion to object.**

**Tax info: Estate tax returns have been submitted to the taxing agencies.**

**Insurance: n/a**

**Litigation: n/a**

[James Nielsen 2014-10-13 21:32:16]

**Initial Projected Date of Final Report(TFR) :** 10/30/2016    **Current Projected Date of Final Report(TFR) :** 10/30/2016

| **Trustee's Signature** | /s/Richard A. Marshack (TR) | **Date:** 01/25/2017 |
|---|---|---|
| | Richard A. Marshack (TR) | |
| | 870 Roosevelt | |
| | Irvine, CA 92620 | |
| | Phone : (949) 333-7777 | |

UST Form 101-7-TDR (10/1/2010) (Page 8)    **EXHIBIT 8**

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 13-18781  
Case Name: PROFESSIONAL ELECTRICAL CONTRACTORS  
Taxpayer ID No: **-***7053  
For Period Ending: 1/25/2017  

Trustee Name: Richard A. Marshack (TR)  
Bank Name: Preferred Bank  
Account Number/CD#: ******3074 Checking Account  
Blanket bond (per case limit): 5,000,000.00  
Separate bond (if applicable): 0.00  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |

| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
|---|---|---|---|---|---|---|---|
| 02/03/2014 | [1] | PROFESSIONAL ELECTRICAL CONTRACTORS<br>1048 IRVINE AVENUE #458<br>NEWPORT BEACH , CA 92660 | BANK ACCOUNT | 1129-000 | 24,435.94 | | 24,435.94 |
| 03/03/2014 | [2] | DPR SOUTHERN CALIFORNIA<br>5010 SHOREHAM PLACE<br>SAN DIEGO , CA 92122 | RECEIPTS/REVENUE | 1121-000 | 3,799.76 | | 28,235.70 |
| 03/17/2014 | | STATE OF CALIFORNIA | TAX REFUND | 1224-000 | 25.00 | | 28,260.70 |
| 03/25/2014 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 29.29 | 28,231.41 |
| 04/17/2014 | [2] | TURNER CONSTUCTION COMPANY<br>375 HUDSON STREET<br>NEW YORK NEW , TORK 10014 | RECEIVABLE | 1121-000 | 3,182.00 | | 31,413.41 |
| 04/25/2014 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 41.24 | 31,372.17 |
| 05/27/2014 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 42.12 | 31,330.05 |
| 06/25/2014 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 46.62 | 31,283.43 |
| 07/25/2014 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 45.05 | 31,238.38 |
| | | | | Page Subtotals | 31,442.70 | 204.32 | |

UST Form 101-7-TDR (10/1/2010) (Page 9)    EXHIBIT 9

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |                                      | |                                        |
|---|---|---|---|---|
| Case No: | 13-18781 | | Trustee Name: | Richard A. Marshack (TR) |
| Case Name: | PROFESSIONAL ELECTRICAL CONTRACTORS | | Bank Name: | Preferred Bank |
| | | | Account Number/CD#: | ******3074 Checking Account |
| Taxpayer ID No: | **-***7053 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 1/25/2017 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/18/2014 | [2] | VFS FIRE AND SECURTIY SERVICES | ACCOUNTS RECEIVABLE | 1121-000 | 20,000.00 | | 51,238.38 |
| 08/25/2014 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 46.48 | 51,191.90 |
| 09/25/2014 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 57.92 | 51,133.98 |
| 09/29/2014 | [2] | VFS FIRE AND SECURTIY SERVICES | ACCOUNTS RECEIVABLE | 1121-000 | 15,000.00 | | 66,133.98 |
| 09/29/2014 | [2] | AUSTIN COMERCIAL LLP | ACCOUNTS RECEIVABLE | 1121-000 | 54,000.00 | | 120,133.98 |
| 10/27/2014 | | Preferred Bank 601 S. Figueroa St 29th Fl Los Angeles , CA 90017 | BANK service charge | 2600-000 | | 74.33 | 120,059.65 |
| 11/21/2014 | | Transfer to Acct # xxxxxx5817 | Transfer of Funds | 9999-000 | | 120,059.65 | 0.00 |
| | | | Page Subtotals | | 89,000.00 | 120,238.38 | |

UST Form 101-7-TDR (10/1/2010) (Page 10)

EXHIBIT 9

# FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 13-18781 | Trustee Name: Richard A. Marshack (TR) |
| Case Name: PROFESSIONAL ELECTRICAL CONTRACTORS | Bank Name: Preferred Bank |
| | Account Number/CD#: ******3074 Checking Account |
| Taxpayer ID No: **-***7053 | Blanket bond (per case limit): 5,000,000.00 |
| For Period Ending: 1/25/2017 | Separate bond (if applicable): 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |

Page Subtotals

| | | |
|---|---|---|
| **COLUMN TOTALS** | 120,442.70 | 120,442.70 |
| Less:Bank Transfer/CD's | 0.00 | 120,059.65 |
| **SUBTOTALS** | 120,442.70 | 383.05 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 120,442.70 | 383.05 |

UST Form 101-7-TDR (10/1/2010) (Page 11)                                                                EXHIBIT 9

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

**Case No:** 13-18781  
**Case Name:** PROFESSIONAL ELECTRICAL CONTRACTORS  
**Taxpayer ID No:** **-***7053  
**For Period Ending:** 1/25/2017  

**Trustee Name:** Richard A. Marshack (TR)  
**Bank Name:** Union Bank  
**Account Number/CD#:** ******5817 Checking Account  
**Blanket bond (per case limit):** 5,000,000.00  
**Separate bond (if applicable):** 0.00  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 10/15/2014 | [2] | THOMAS G. STYSKAL TRUST ACCOUNT | ACCOUNTS RECEIVABLE FINAL PAYMENT for VFS | 1121-000 | 15,000.00 | | 15,000.00 |
| 10/15/2014 | [2] | GKK WORKS | ACCOUNTS RECEIVABLE 5/9/13 - 0194601 - INVOICE 30010-01 | 1121-000 | 2,520.00 | | 17,520.00 |
| *10/15/2014 | | GKK WORKS | ACCOUNTS RECEIVABLE $434 - 5/9/13 - 0194601 - INVOICE 30010-01$2,487 - 5/21/13 - 0194602 - INVOICE 30010-002 | 1121-000 | 2,921.00 | | 20,441.00 |
| *10/15/2014 | | GKK WORKS | ACCOUNTS RECEIVABLE Reversal Funds do not belong to Estate. David Wood will ask GKK to reissue the check to OMB Electrical | 1121-000 | (2,921.00) | | 17,520.00 |
| 11/21/2014 | | Transfer from Acct # xxxxxx3074 | Transfer of Funds | 9999-000 | 120,059.65 | | 137,579.65 |
| 11/25/2014 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 35.75 | 137,543.90 |
| 12/26/2014 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 197.88 | 137,346.02 |
| 01/26/2015 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 204.37 | 137,141.65 |
| 01/29/2015 | [2] | Swinerton Builders | ACCOUNTS RECEIVABLE | 1121-000 | 111,760.18 | | 248,901.83 |
| | | | Page Subtotals | | 249,339.83 | 438.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 12)    **EXHIBIT 9**

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-18781 | Trustee Name: | Richard A. Marshack (TR) |
| Case Name: | PROFESSIONAL ELECTRICAL CONTRACTORS | Bank Name: | Union Bank |
| | | Account Number/CD#: | ******5817 Checking Account |
| Taxpayer ID No: | **-***7053 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 1/25/2017 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 02/04/2015 | 1001 | MARSHACK HAYS LLP<br>870 ROOSEVELT<br>IRVINE , CA 92620 | ATTORNEY FEES<br>per order 1-28-15 | 3110-000 | | 30,058.50 | 218,843.33 |
| 02/04/2015 | 1002 | MARSHACK HAYS LLP<br>870 ROOSEVELT<br>IRVINE , CA 92620 | ATTORNEY EXPENSES<br>per order 1-28-15 | 3120-000 | | 703.96 | 218,139.37 |
| 02/25/2015 | 1003 | INTERNATIONAL SURETIES LTD.<br>701 POYDRAS STREET SUITE 420<br>NEW ORLEANS , LA 70139 | Blanket Bond Payment | 2300-000 | | 140.06 | 217,999.31 |
| 02/25/2015 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 214.79 | 217,784.52 |
| 03/25/2015 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 300.18 | 217,484.34 |
| 04/27/2015 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 323.61 | 217,160.73 |
| 05/26/2015 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 312.76 | 216,847.97 |
| 06/25/2015 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 322.68 | 216,525.29 |
| 07/27/2015 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 311.81 | 216,213.48 |
| | | | Page Subtotals | | 0.00 | 32,688.35 | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | |
|---|---|---|---|
| Case No: | 13-18781 | Trustee Name: | Richard A. Marshack (TR) |
| Case Name: | PROFESSIONAL ELECTRICAL CONTRACTORS | Bank Name: | Union Bank |
| | | Account Number/CD#: | ******5817 Checking Account |
| Taxpayer ID No: | **-***7053 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 1/25/2017 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/25/2015 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 321.75 | 215,891.73 |
| 09/09/2015 | [2] | SWINERTON | SETTLEMENT Per orderWoodland Hills Project | 1121-000 | 119,492.08 | | 335,383.81 |
| 09/25/2015 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 321.25 | 335,062.56 |
| 10/26/2015 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 425.02 | 334,637.54 |
| 11/25/2015 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 497.88 | 334,139.66 |
| 12/03/2015 | 1004 | Bank of America Legal Order Processing 800 Samoset Dr Newark , DE 19713 | MISC expense Document ProductionInvoice 401097 | 2990-000 | | 28.44 | 334,111.22 |
| 12/28/2015 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 481.18 | 333,630.04 |
| 01/17/2016 | 1005 | INTERNATIONAL SURETIES LTD. 701 POYDRAS STREET SUITE 420 NEW ORLEANS , LA 70139 | Bond Premium | 2300-000 | | 258.67 | 333,371.37 |
| 01/25/2016 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 496.52 | 332,874.85 |
| | | | Page Subtotals | | 119,492.08 | 2,830.71 | |

UST Form 101-7-TDR (10/1/2010) (Page 14)

EXHIBIT 9

Case 8:13-bk-18781-TA    Doc 105    Filed 02/01/17    Entered 02/01/17 14:53:04    Desc
Main Document    Page 15 of 20

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-18781 | Trustee Name: | Richard A. Marshack (TR) |
|---|---|---|---|
| Case Name: | PROFESSIONAL ELECTRICAL CONTRACTORS | Bank Name: | Union Bank |
| | | Account Number/CD#: | ******5817 Checking Account |
| Taxpayer ID No: | **-***7053 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 1/25/2017 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 02/18/2016 | 1006 | MARSHACK HAYS LLP<br>870 ROOSEVELT<br>IRVINE , CA 92620 | ATTORNEY FEES<br>per order 2-17-16 | 3110-000 | | 26,876.50 | 305,998.35 |
| 02/18/2016 | 1007 | MARSHACK HAYS LLP<br>870 ROOSEVELT<br>IRVINE , CA 92620 | ATTORNEY EXPENSES<br>per order 2-17-16 | 3120-000 | | 1,592.80 | 304,405.55 |
| 02/18/2016 | 1008 | LEA Accountancy LLP<br>3435 Wilshire Blvd, Suite 990<br>Los Angeles , CA 90010 | ACCOUNTANT FEES<br>per order 2-18-16 | 3410-000 | | 9,311.50 | 295,094.05 |
| 02/18/2016 | 1009 | LEA Accountancy LLP<br>3435 Wilshire Blvd, Suite 990<br>Los Angeles , CA 90010 | ACCOUNTANT EXPENSES<br>per order 2-18-16 | 3420-000 | | 479.52 | 294,614.53 |
| 02/25/2016 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 494.35 | 294,120.18 |
| 03/25/2016 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 454.13 | 293,666.05 |
| 04/25/2016 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 435.80 | 293,230.25 |
| 04/27/2016 | [6] | Anthem<br>ck 0014232061 | MISC INCOME | 1229-000 | 32.90 | | 293,263.15 |
| | | | Page Subtotals | | 32.90 | 39,644.60 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-18781 | Trustee Name: | Richard A. Marshack (TR) |
|---|---|---|---|
| Case Name: | PROFESSIONAL ELECTRICAL CONTRACTORS | Bank Name: | Union Bank |
| | | Account Number/CD#: | ******5817 Checking Account |
| Taxpayer ID No: | **-***7053 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 1/25/2017 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 05/25/2016 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 421.12 | 292,842.03 |
| 08/22/2016 | | Transfer to Texas Capital Bank | Transfer of funds | 9999-000 | | 292,842.03 | 0.00 |

|  |  |  |
|---|---|---|
| Page Subtotals | 0.00 | 293,263.15 |
| **COLUMN TOTALS** | 368,864.81 | 368,864.81 |
| Less:Bank Transfer/CD's | 120,059.65 | 292,842.03 |
| **SUBTOTALS** | 248,805.16 | 76,022.78 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 248,805.16 | 76,022.78 |

UST Form 101-7-TDR (10/1/2010) (Page 16)                                                                                                                               EXHIBIT 9

Case 8:13-bk-18781-TA    Doc 105    Filed 02/01/17    Entered 02/01/17 14:53:04    Desc
Main Document    Page 17 of 20

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 13-18781 | Trustee Name: Richard A. Marshack (TR) |
| Case Name: PROFESSIONAL ELECTRICAL CONTRACTORS | Bank Name: Texas Capital Bank |
| | Account Number/CD#: ******7464 Checking Account |
| Taxpayer ID No: **-***7053 | Blanket bond (per case limit): 5,000,000.00 |
| For Period Ending: 1/25/2017 | Separate bond (if applicable): 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/22/2016 | | Transfer from Union Bank | Transfer of funds | 9999-000 | 292,842.03 | | 292,842.03 |
| 09/16/2016 | 53001 | RICHARD A. MARSHACK<br>870 ROOSEVELT<br>IRVINE , CA 92620 | | 2100-000 | | 10,000.00 | 282,842.03 |
| 09/16/2016 | 53002 | RICHARD A. MARSHACK<br>870 ROOSEVELT<br>IRVINE , CA 92620 | | 2200-000 | | 123.12 | 282,718.91 |
| 09/16/2016 | 53003 | David L. Hahn<br>7 Manorwood<br>Coto de Caza , CA 92679 | | 2100-000 | | 11,712.39 | 271,006.52 |
| 09/16/2016 | 53004 | David L. Hahn<br>7 Manorwood<br>Coto de Caza , CA 92679 | | 2200-000 | | 110.00 | 270,896.52 |
| 09/16/2016 | 53005 | FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES<br>P.O. BOX 2952<br>SACRAMENTO , CA 95812-2952 | | 2820-000 | | 1,706.19 | 269,190.33 |
| 09/16/2016 | 53006 | SOUTHERN CALIFORNIA IBEW<br>NECA TRUST FUNDS<br>PO BOX 910918<br>LOS ANGELES , CA 90091 | Disb of 100.00% to Claim #7A | 5800-000 | | 115,301.21 | 153,889.12 |
| | | | | Page Subtotals | 292,842.03 | 138,952.91 | |

UST Form 101-7-TDR (10/1/2010) (Page 17)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　EXHIBIT 9

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-18781 | Trustee Name: | Richard A. Marshack (TR) |
|---|---|---|---|
| Case Name: | PROFESSIONAL ELECTRICAL CONTRACTORS | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******7464 Checking Account |
| Taxpayer ID No: | **-***7053 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 1/25/2017 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| *09/16/2016 | 53007 | A&H COMMUNICATIONS, INC.<br>1791 REYNOLDS AVE<br>IRVINE , CA 92614 | Disb of 100.00% to Claim #1 | 7100-004 | | 21,889.18 | 131,999.94 |
| 09/16/2016 | 53008 | GRAYBAR ELECTRIC CO INC<br>383 S CHERYL LANE<br>CITY OF INDUSTRY , CA 91789 | Disb of 100.00% to Claim #2<br>(2-1) ELECTRICAL MATERIAL-GOODS | 7100-000 | | 889.66 | 131,110.28 |
| 09/16/2016 | 53009 | JOHNSTON GREMAUX & ROSSI LLP<br>EDWARD LAMPE<br>333 CIVIC DRIVE<br>PLEASANT HILL , CA 94523 | Disb of 100.00% to Claim #4<br>(4-1) ACCT #5100 | 7100-000 | | 6,000.00 | 125,110.28 |
| 09/16/2016 | 53010 | UNITEDHEALTH INSURANCE COMPANY<br>JAY RONNING UNITEDHEALTHCARE - CDM<br>185 ASYLUM ST, 03B<br>HARTFORD , CT 06103 | Disb of 100.00% to Claim #5 | 7100-000 | | 3,447.44 | 121,662.84 |
| 09/16/2016 | 53011 | PDS GROUP INC<br>3260 MALCOLM AVENUE<br>LOS ANGELES , CA 90034 | Disb of 100.00% to Claim #6 | 7100-000 | | 5,000.00 | 116,662.84 |
| 09/16/2016 | 53012 | SOUTHERN CALIFORNIA IBEW<br>NECA TRUST FUNDS<br>PO BOX 910918<br>LOS ANGELES , CA 90091 | Disb of 7.80% to Claim #7B | 7100-000 | | 93,999.93 | 22,662.91 |
| | | | Page Subtotals | | 0.00 | 131,226.21 | |

UST Form 101-7-TDR (10/1/2010) (Page 18)                                                                                                                                EXHIBIT 9

# FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 13-18781 | Trustee Name: Richard A. Marshack (TR) |
| Case Name: PROFESSIONAL ELECTRICAL CONTRACTORS | Bank Name: Texas Capital Bank |
| | Account Number/CD#: ******7464 Checking Account |
| Taxpayer ID No: **-***7053 | Blanket bond (per case limit): 5,000,000.00 |
| For Period Ending: 1/25/2017 | Separate bond (if applicable): 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 09/16/2016 | 53013 | AMERICAN ELECTRIC SUPPLY, INC<br>C/O LAW OFFICE OF SHELDON J FLEMING<br>2030 MAIN ST, STE 1300<br>IRVINE , CA 92614 | Disb of 100.00% to Claim #8 | 7100-000 | | 22,662.91 | 0.00 |
| *12/05/2016 | | A&H COMMUNICATIONS, INC.<br>1791 REYNOLDS AVE<br>IRVINE , CA 92614 | Stop Payment on Check 53007 | 7100-004 | | (21,889.18) | 21,889.18 |
| 12/06/2016 | 53014 | A&H COMMUNICATIONS, INC.<br>Anderson & Howard Electric, Inc.<br>Attn: Teresa L. Viloria<br>1791 REYNOLDS AVE<br>IRVINE , CA 92614 | Replaces Ck 53007<br>First and final distribution; Claim 1 | 7100-000 | | 21,889.18 | 0.00 |

|  |  |  |
|---|---|---|
| Page Subtotals | 0.00 | 22,662.91 |
| **COLUMN TOTALS** | 292,842.03 | 292,842.03 |
| Less:Bank Transfer/CD's | 292,842.03 | 0.00 |
| **SUBTOTALS** | 0.00 | 292,842.03 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 0.00 | 292,842.03 |

UST Form 101-7-TDR (10/1/2010) (Page 19)                                                                                                                                                   EXHIBIT 9

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 13-18781 | Trustee Name: Richard A. Marshack (TR) |
| Case Name: PROFESSIONAL ELECTRICAL CONTRACTORS | Bank Name: Texas Capital Bank |
| | Account Number/CD#: ******7464 Checking Account |
| Taxpayer ID No: **-***7053 | Blanket bond (per case limit): 5,000,000.00 |
| For Period Ending: 1/25/2017 | Separate bond (if applicable): 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |

| | | |
|---|---|---|
| All Accounts Gross Receipts: | 369,247.86 | |
| All Accounts Gross Disbursements: | 369,247.86 | |
| All Accounts Net: | 0.00 | |

| TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| ******3074 Checking Account | 120,442.70 | 383.05 | |
| ******5817 Checking Account | 248,805.16 | 76,022.78 | |
| ******7464 Checking Account | 0.00 | 292,842.03 | |
| **NetTotals** | 369,247.86 | 369,247.86 | 0.00 |

UST Form 101-7-TDR (10/1/2010) (Page 20)                                                                                                      **EXHIBIT 9**